UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-2841 JGB (AGRx)** | Date | March 13, 2026 |
|---|---|---|---|
| Title | ***Claudia Orian v. Alberto Pancho, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order (1) DISMISSING Case WITH PREJUDICE (IN CHAMBERS)**

On February 25, 2026, the Court granted-in-part Plaintiff's request for an extension of time to file a first amended complaint. (Dkt. No. 38.) The Court ordered Plaintiff to file her first amended complaint, if any, on or before March 11, 2026. (Id.) The Court warned Plaintiff that failure to timely file the first amended complaint would result in dismissal of the action with prejudice. (Id.) As of the date of this order, Plaintiff has not filed a first amended complaint consistent with the Court's order.

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). Because Plaintiff failed to comply with the Court's order and Plaintiff was warned of the consequences of such a failure, the Court **DISMISSES** Plaintiff's case **WITH PREJUDICE**. The clerk is directed to close the case.

**IT IS SO ORDERED.**